STUART G. GROSS (#251019)
sgross@grosskleinlaw.com
TIMOTHY S. KLINE (#319227)
tk@grosskleinlaw.com
**GROSS & KLEIN LLP**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
t (415) 671-4628
f (415) 480-6688

*Attorneys for Plaintiff Dan Clarke*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAN CLARKE,<br><br>           Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY; and PG&E CORPORATION<br><br>           Defendants. | Case No. 20-cv-04629-WHO<br><br>**STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS COMPLAINT AND EXTEND TIME TO FILE RESPONSE AND REPLY THERETO; ORDER** |

**RECITALS**

WHEREAS, on August 12, 2020, PG&E filed a Motion to Dismiss Clarke's Complaint ("Motion to Dismiss"), and set a hearing for September 16, 2020;

WHEREAS, pursuant to Local Rule 7-3, Clarke's opposition to the Motion to Dismiss would be due on August 26, 2020, and PG&E's reply would be due on September 2, 2020; and

WHEREAS, the Parties agree to an extension of Clarke's time to oppose the Motion to Dismiss to September 11, 2020, and an extension of PG&E's time to reply to September 28, 2020;

WHEREAS, there have been no previous modifications of time in this case and the proposed modification would not affect any other set deadlines; and

WHEREAS, the undersigned counsel for Defendants has consented to the undersigned counsel for Plaintiff signing the instant stipulation on his behalf.

NOW, THEREFORE, Pursuant to Civil Local Rule 6-1(b), the Parties stipulate and agree as follows, subject to the Court's approval:

**STIPULATION**

1. Clarke will file his Opposition to PG&E's Motion to Dismiss the Complaint on or before September 11, 2020;

2. PG&E will file its Reply in support of Motion to Dismiss on or before September 28, 2020;

3. The September 16, 2020 hearing on PG&E's Motion to Dismiss is hereby continued to October 21, 2020 at 2:00 p.m., or the Court's next available date.

DATED:  August 17, 2020              WFBM, LLP

By:  /s/ Scott D. Mroz
SCOTT D. MROZ
ATTORNEYS FOR PACIFIC GAS AND
ELECTRIC COMPANY AND PG&E
CORPORATION

JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS COMPLAINT AND EXTEND TIME TO FILE RESPONSE AND REPLY THERETO; [PROPOSED] ORDER; CASE NO. 20-cv-04629-WHO

1

GROSS & KLEIN LLP
THE EMBARCADERO
PIER 9, SUITE 100
SAN FRANCISCO, CA 94111

DATED:  August 17, 2020                    GROSS & KLEIN LLP


By:  */s/ Stuart G. Gross*
      STUART G. GROSS
      ATTORNEYS FOR DAN CLARKE


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 17, 2020          _____
      The Honorable Judge William H. Orrick

JOINT STIPULATION TO CONTINUE DEFENDANTS' MOTION TO DISMISS COMPLAINT AND EXTEND TIME TO FILE RESPONSE AND REPLY THERETO; [PROPOSED] ORDER; CASE NO. 20-cv-04629-WHO

2