SANDI L. NICHOLS (Bar No. 100403)
snichols@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Telephone: (415) 837-1515
Facsimile: (415) 837-1516

SCOTT D. MROZ (Bar No. 111848)
SMroz@wfbm.com
JAMES L. MINK (Bar No. 219267)
JMink@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, CA 94111-2612
Telephone: (415) 781-7072
Facsimile: ( 415) 391-6258

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY
and PG&E CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SAN FRANCISCO HERRING ASSOCIATION; and DAN CLARKE, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY; and PG&E CORPORATION, <br><br> Defendants. | Case No. 3:20-cv-04629-WHO <br><br> **ORDER ON PACIFIC GAS AND ELECTRIC COMPANY AND PG&E CORPORATION'S MOTION PURSUANT TO CIVIL LOCAL RULE 6-3 TO EXTEND DATE OF INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Judge:   Hon. William H. Orrick |

Having considered Defendants Pacific Gas and Electric Company and PG&E Corporation

(collectively, "PG&E")'s Motion Pursuant to Civil Local Rule 6-3 to Extend Date of Initial Case

5321192.1
4784-84.001

Case No. 3:20-cv-04629-WHO
[PROPOSED] ORDER ON PG&E'S MOTION PURSUANT TO CIVIL LOCAL RULE 6-3 TO EXTEND DATE OF INITIAL CASE MANAGEMENT CONFERENCE

Management Conference (hereinafter, the "Motion"), the relevant evidence, and all arguments of the parties, the Court finds the Motion should be GRANTED; and it is, therefore ORDERED THAT:

(1) The Initial Case Management Conference, currently set for October 6, 2020, is continued until 14 days after the Court issues its ruling on PG&E's pending Motion to Dismiss the Complaint (Dkt. 10).

(2) The Case Management Conference Statement shall be filed one week prior to the date of the Case Management Conference.

**IT IS SO ORDERED.**

Dated: __October 1, 2020__

By: _____
The Honorable William H. Orrick
United States District Judge