1  SANDI L. NICHOLS (Bar No. 100403)
   snichols@allenmatkins.com
2  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
3  Three Embarcadero Center, 12th Floor
   San Francisco, CA  94111-4074
4  Telephone: (415) 837-1515
   Facsimile: (415) 837-1516
5
   SCOTT D. MROZ (Bar No. 111848)
6  SMroz@wfbm.com
   JAMES L. MINK (Bar No. 219267)
7  JMink@wfbm.com
   WFBM, LLP
8  601 Montgomery Street, Ninth Floor
   San Francisco, CA 94111-2612
9  Telephone: (415) 781-7072
   Facsimile: ( 415) 391-6258
10
   Attorneys for Defendants
11 PACIFIC GAS AND ELECTRIC COMPANY
   and PG&E CORPORATION
12

13              **UNITED STATES DISTRICT COURT**

14      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

15 DAN CLARKE,                          Case No. 20-cv-04629 WHO

16              Plaintiff,              **JOINT STIPULATION AND ORDER TO
                                         EXTEND TIME TO ANSWER FIRST
17       vs.                            AMENDED COMPLAINT AND TO
                                         MODIFY BRIEFING SCHEDULE**
18 PACIFIC GAS AND ELECTRIC COMPANY;
   and PG&E CORPORATION
19
                Defendants.
20

21       DAN CLARKE ("Clarke"), on the one hand, and PACIFIC GAS AND ELECTRIC

22 COMPANY and PG&E CORPORATION (collectively, "PG&E"), on the other hand (Clarke and

23 PG&E hereafter, collectively, the "Parties") hereby enter into this Joint Stipulation to Extend Time

24 to Answer First Amended Complaint, and to Modify Briefing Schedule, and seek entry of an order

25 thereon.

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

Joint Stipulation and [Proposed] Order To Extend Time to Answer FAC and to Modify Briefing Schedule
Case No.  20-cv-04629 WHO

5413434.2
4784-84.001

**RECITALS**

A.      WHEREAS, the Parties previously stipulated to extend the deadline for Clarke's response to PG&E's Motion to Dismiss Clarke's Complaint ("Motion to Dismiss") and PG&E's deadline to file a reply in support of the Motion to Dismiss, which extensions were ordered by the Court (Dkt 14);

B.      WHEREAS, the Court previously granted a motion to extend the date of the initial Case Management Conference (Dkt 21);

C.      WHEREAS, the Court previously extended the date of the initial Case Management Conference on its own motion (Dkt 25, Dkt 27) to allow for a ruling on PG&E's Motion to Dismiss the Complaint;

D.      WHEREAS, following the hearing on PG&E's Motion to Dismiss, the Court Granted in Part and Denied in Part the Motion to Dismiss, and allowed Clarke leave to amend the claims dismissed;

E.      WHEREAS, on December 10, 2020, Clarke filed a First Amended Complaint ("FAC"), Dkt. 28), alleging claims for relief under the federal Resource Conservation and Recovery Act ("RCRA") and the federal Clean Water Act ("CWA");

F.      WHEREAS, no trial date or other deadlines have been set in this action;

G.      WHEREAS, the Parties wish to provide additional time for PG&E to respond to the FAC, and for the Parties to file briefing on any motion to dismiss the FAC;

H.      NOW, THEREFORE, Pursuant to Civil Local Rule 6-1(b), the Parties stipulate and agree as follows, subject to the Court's approval:

**STIPULATION**

1.      PG&E's deadline to plead or otherwise respond to the FAC shall be January 15, 2021.

2.      If PG&E files a motion to dismiss in response to the FAC:

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

-2-
Joint Stipulation and [Proposed] Order To Extend Time to Answer FAC and to Modify Briefing Schedule
Case No.  20-cv-04629 WHO

5413434.2
4784-84.001

1        a.   the deadline for PG&E to answer the FAC and any claim in it shall be tolled

2              during the pendency of the motion and for fourteen days after the Court rules

3              thereon,

4        b.  the deadline for Clarke's opposition shall be February 19, 2021,

5        c.  the deadline for PG&E's reply shall be March 12, 2021, and

6        d.  the hearing shall be set for March 26, 2021 at 2:00 p.m., or the Court's next

7              available date.

8

9  DATED:  December 23, 2020             WFBM, LLP

10

11                       By:      */s/ James L. Mink*

12                               JAMES L. MINK

                              ATTORNEYS FOR PACIFIC GAS AND

13                            ELECTRIC COMPANY AND PG&E

                            CORPORATION

14

    DATED:  December 23, 2020             GROSS & KLEIN LLP

15

16                       By:      */s/ Stuart G. Gross*

17                               STUART G. GROSS

                            ATTORNEYS FOR DAN CLARKE

18

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED as modified: the hearing is set for March 31, 2021, at 2 p.m.**

20  DATED:  December 28, 2020

21

22                         The Honorable Judge William H. Orrick

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

5413434.2
4784-84.001

Joint Stipulation and [Proposed] Order To Extend Time to Answer FAC and to Modify Briefing Schedule
Case No.  20-cv-04629 WHO